THE PEOPLE *v.* RODRÍGUEZ ET AL.

APPEAL from the District Court of Guayama.

No. 220.—Decided January 25, 1910.

CRIMINAL LAW—APPEAL—BY WHOM MAY BE TAKEN.—In this case the appeal was taken by Isidoro Rodríguez and Epifania García. From the transcript it does not appear that Epifania García was either prosecuted or convicted. *Held:* That the appeal should be dismissed as to the said Epifania García.

ID.—BILL OF EXCEPTIONS—FUNDAMENTAL ERROR.—When there is no bill of exceptions or statement of facts, and it not appearing from the record that any fundamental error whatever was committed, the judgment appealed from must be affirmed.

The facts are stated in the opinion.

The appellant did not appear.

*Mr. Jesús M. Rossy, fiscal,* for respondent.

MR. JUSTICE DEL TORO delivered the opinion of the court.

A complaint was filed in the municipal court of Guayama against Jacinta Rodríguez, Estefanía Pilot, Isidora Rodríguez, José Ortiz, Antero Castillo and Francisco Viñas, charging them with the commission of the offenses of indecent exposure. The municipal court having rendered judgment and

an appeal therefrom having been taken to the district court, the trial was held *de novo* and judgment was rendered sentencing the defendants to imprisonment in jail at hard labor for six months and to pay the costs as guilty of the crime charged against them provided for in section 283 of the Penal Code.

An appeal was taken from the judgment of the district court to this Supreme Court, the transcript of the record consisting of only the complaint, the judgment and the notice of appeal, having been filed on December 5, 1909.

The notice of appeal states that the appeal is taken by the defendants Isidora Rodríguez and Epifania García. Upon an examination of the complaint and "judgment," Isidora Rodríguez appears to have been accused and sentenced, but Epifania García does not appear to have been either accused or sentenced. It may be that the name of one of the defendants was corrected in accordance with the law and was substituted by that of Epifana García, but nothing of this kind appears in the record before us.

The *fiscal* of this Supreme Court called attention to this fact and prayed that the appeal be dismissed as to said Epifania García. We believe that the motion of the *fiscal* should be granted because, as the record does not show that Epifania García has been sentenced in this case, she had no right to take an appeal from the judgment rendered therein.

Upon an examination of the record, it does not appear that the appellant Isidora Rodríguez alleged, nor that the district court committed, any material error whatsoever, and under the circumstances the judgment appealed from should be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices Figueras, MacLeary and Wolf concurred.